UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80257-CIV-MIDDLEBROOKS/BRANNON

DAVID POSCHMANN,

       Plaintiff,

v.

RITCON INVESTMENTS, LLC and
257 RPW, LLC,

       Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 31st day of July, 2017.

| | |
|---|---|
| s/Drew M. Levitt | s/Daniel A. Hershman |
| Drew M. Levitt | Daniel A. Hershman |
| Florida Bar No. 782246 | Florida Bar No. 328456 |
| DML2@bellsouth.net | dahershmanlaw@aol.com |
| Lee D. Sarkin, Esq. | Hershman Law P.A. |
| Florida Bar No. 962848 | 2240 Palm Beach Lakes Boulevard, Suite 101 |
| lsarkin@aol.com | West Palm Beach, Florida 33409 |
| 4700 N.W. Boca Raton Boulevard | Telephone (561) 689-3889 |
| Suite 302 | Attorney for Defendants |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Fax        (561) 994-0837 | |
| Attorneys for Plaintiff | |