IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-CV-80257-MIDDLEBROOKS

DAVID POSCHMANN,

        Plaintiff,

v.

RITCON INVESTMENTS, LLC and
257 RPW, LLC,

        Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal with Prejudice ("Stipulation"), filed on July 31, 2017. (DE 21). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this ___ day of August, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record